STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 10 2000

at ___o'clock and ___min___
WALTER A. Y. H. CHINN,

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. CR00-00197 SOM |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | INDICTMENT |
| | ) | [21 U.S.C. §846] |
| DONALD ANTONE SOARES, JR. (01) | ) | 21 U.S.C. §841(a) |
| a/k/a "Bozo," | ) | 18 U.S.C. §2] |
| RAPHAEL SOLIS, (02) | ) | |
| JOHN JOSEPH CAPUTO, JR. (03) | ) | |
| Defendants. | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about April 25, 2000, in the District of Hawaii and elsewhere,

DONALD ANTONE SOARES, JR.
a/k/a "Bozo,"
RAPHAEL SOLIS,

ATTEST: A True Copy
WALTER A. Y. H. CHINN

Deputy

and
JOHN JOSEPH CAPUTO, JR.

the defendants, did willfully and unlawfully conspire together and with other persons known and unknown to the Grand Jury, to distribute and to possess with intent to distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## OVERT ACTS

In furtherance of the aforesaid conspiracy, and in order to accomplish the illegal objectives thereof, overt acts were committed in the District of Hawaii and elsewhere by members of the conspiracy, including, but not limited to, the following acts:

1. On or about April 25, 2000, DONALD ANTONE SOARES, JR. a/k/a "Bozo," (SOARES), agreed to distribute 1 ounce of crystal methamphetamine for $3,200 to a prospective methamphetamine buyer.

2. On or about April 25, 2000, SOARES departed his residence in the Puna District of the Big Island of Hawaii in possession of one ounce of crystal methamphetamine and traveled to the site arranged for the transfer of the crystal methamphetamine and the money.

3. On or about April 25, 2000, RAPHAEL SOLIS (SOLIS) and JOHN JOSEPH CAPUTO, JR. (CAPUTO) followed SOARES to the pre-arranged meeting location in CAPUTO'S black pick-up truck order to

2

provide support to SOARES during the distribution of the one ounce of crystal methamphetamine.

4. On April 25, 2000, after being observed in the possession of the 1 ounce of crystal methamphetamine, SOARES tossed a package containing the methamphetamine on the ground.

5. On April 25, 2000, SOLIS possessed with intent to distribute 1 ounce of crystal methamphetamine while in CAPUTO'S black pick-up truck.

All in violation of Title 21, United States Code, Section 846.

DATED: May 10, 2000, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
KENNETH M. SORENSON
Assistant U.S. Attorney