# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

9/18/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 00-00197SOM |
| CASE NAME: | USA vs. (03) John Joseph Caputo, Jr. |
| ATTYS FOR PLA: | Kenneth Sorenson<br>Mark Nugent (USPO) |
| ATTYS FOR DEFT: | 03 Jeffrey Arakaki |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 9/18/2006 | TIME: | 11:15 - 11:35 |

COURT ACTION:  EP: Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant (03) John Joseph Caputo, Jr. present and in custody.

Court states for the record that the CRM had contacted the parties to inform them that it is contemplating imposing a sentence greater than what the advisory guidelines suggest.

Defendant is prepare to go forward with this hearing.

Defendant admits to all 3 violations.

Court finds that there is sufficient evidence to support all violations and the defendant has not met the conditions of supervised release.

Supervised Release is revoked.

ADJUDGED:

Imprisonment: 21 Months.

JUDICIAL RECOMMENDATIONS: 1) Sheridan;   2)  Drug Treatment Program.

Defendant advised of his right to appeal.

Defendant remanded to the custody of the USM.

Mittimus forthwith.

Submitted by: Toni Fujinaga, Courtroom Manager.