AO 245D (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case for Revocation

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

# United States District Court
## District of Hawaii

SEP 2 1 2006

at _8_ o'clock and _30_ min. A M
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**JOHN JOSEPH CAPUTO, JR.**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br><br>Criminal Number:  **1:00CR00197-003**<br>USM Number:  87646-022<br>Jeffrey Arakaki Esq.<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]  admitted guilt to violation of conditions <u>General Condition, General Condition No. 7, Standard Condition No. 7, and Special Condition No. 3</u> of the term of supervision.

[ ]  was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:

Defendant's Residence Address:
**None**

Defendant's Mailing Address:
**None**

SEPTEMBER 18, 2006
Date of Imposition of Sentence

_/s/ signature_
Signature of Judicial Officer

**SUSAN OKI MOLLWAY**, United States District Judge
Name & Title of Judicial Officer

SEP 2 0 2006
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

CASE NUMBER:     1:00CR00197-003                                         Judgment - Page 2 of 3
DEFENDANT:       JOHN JOSEPH CAPUTO, JR.

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Subject absconded from the Mahoney Hale Community Corrections Center | 12/16/05 |
| 2 | Subject possessed methamphetamine | 9/13/06 |
| 3 | Subject possessed drug paraphernalia, to wit a methamphetamine pipe and scale | 9/13/06 |

AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER: 1:00CR00197-003 | Judgment - Page 3 of 3 |
| DEFENDANT: JOHN JOSEPH CAPUTO, JR. | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of TWENTY ONE (21) MONTHS .

[✓]   The court makes the following recommendations to the Bureau of Prisons:
1) Sheridan; 2) Drug Treatment Program.

[✓]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____  to  _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
Deputy U.S. Marshal